MINUTE ENTRY
TERRY A. DOUGHTY
U.S. DISTRICT JUDGE
DECEMBER 22, 2021

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

STATE OF LOUISIANA, ET AL          CASE NO.  3:21-CV-04370

VERSUS                             JUDGE TERRY A. DOUGHTY

XAVIER BECERRA ET AL               MAG. JUDGE KAYLA D. MCCLUSKY

Plaintiffs State of Louisiana, et al filed a Complaint [Doc. No. 1] and a Motion for Preliminary Injunction [Doc. No. 2] on December 21, 2021. Plaintiffs are to promptly serve Defendants with the Complaint and Motion for Preliminary Injunction and file proof of service in the record. Upon receipt, Defendants may file a Response to the Motion no later than 5 p.m. on January 14, 2022. Plaintiffs may file a Reply no later than 5 p.m. on January 21, 2022.

TAD

