MINUTE ENTRY
TERRY A. DOUGHTY
U.S DISTRICT JUDGE
DECEMBER 23, 2021

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, ET AL | CASE NO. 3:21-CV-04370 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| XAVIER BECERRA ET AL | MAG. JUDGE KAYLA D. MCCLUSKY |

Plaintiffs State of Louisiana, et al filed a Complaint [Doc. No. 1] and a Motion for Preliminary Injunction [Doc. No. 2] on December 21, 2021. The Court thereafter set deadlines to respond of January 14, 2022 and January 21, 2022 [Doc. No. 3].

Plaintiffs have now filed a Motion for Temporary Restraining Order [Doc. No. 6] and/or asking for expedited briefing due to the vaccine mandate going into effect on January 31, 2022 would require the first vaccine (for Pfizer or Moderna vaccines) to be taken between January 3, 2022 and January 10, 2022 in order to have both vaccines by January 31, 2022.

Finding that expedited briefing is necessary, Defendants are to file a response to Plaintiffs' Motion for Temporary Restraining Order by 5:00 p.m. on Wednesday, December 29, 2021. Plaintiffs may file a reply by 5:00 p.m. on Friday, December 31, 2021.

Plaintiffs are to promptly notify Defendants of this briefing schedule in order to allow Defendants sufficient time to respond.

The previous briefing schedule [Doc. No. 3] for the Preliminary Injunction remains in effect.

TAD