IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 3:21-CV-04370-TAD-KDM |
| XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.*, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**NOTICE REGARDING CONSOLIDATION**

Defendants respectfully submit this notice in response to the Court's March 28, 2022 Minute Entry, ECF No. 62. On January 6, 2022, Plaintiffs in *Brick v. Biden*, No. 2:21-cv-04386 (W.D. La.), filed a Motion to Consolidate that action with this action. *See* Mot. to Consolidate, *Brick*, No. 2:21-cv-04386, ECF No. 12. Defendants do not oppose that motion. *See* Notice, *Brick*, No. 2:21-cv-04386, ECF No. 17.

Dated: April 1, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director
Federal Programs Branch

*/s/ Michael P. Clendenen*
MICHAEL P. CLENDENEN (DC Bar No. 1660091)
MADELINE M. MCMAHON (DC Bar No. 1720813)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, DC 20005

(202) 305-0693
michael.p.clendenen@usdoj.gov

*Attorneys for Defendant*