**MINUTE ENTRY**
**TERRY A. DOUGHTY**
**U.S. DISTRICT JUDGE**
**April 20, 2022**

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO. 3:21-CV-04370** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **XAVIER BECERRA ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

On April 19, 2022, Plaintiff States[1] filed a Motion to Order Completion of the Administrative Record [Doc. No. 68]. Government Defendants[2] may file a response to the motion on or before Wednesday, May 4, 2022. Plaintiff States may file a reply seven (7) days after the response is filed.

TAD



---

[1] Plaintiff States are the States of Louisiana, Alabama, Alaska, Arizona, Arkansas, Florida, Georgia, Indiana, Iowa, Kansas, Kentucky, Mississippi, Missouri, Montana, Nebraska, North Dakota, Ohio, Oklahoma, South Carolina, South Dakota, Tennessee, Utah, West Virginia, and Wyoming.

[2] The Government Defendants consist of Xavier Becerra, in his official capacity as Secretary of Health and Human Services, The U.S. Department of Health and Human Services, Administration for Children and Families, Jooyeun Chang, Principal Deputy Assistant for Children and Families, and Bernadine Futrell, Director of the Office of Head Start.