UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO. 3:21-CV-04370** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **XAVIER BECERRA ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**ORDER**

Pending before the Court is a Motion for Stay Pending Completion of the Administrative Record [Doc. No. 69] filed by Plaintiff States[1],

**IT IS ORDERED** that the Motion is **GRANTED**. Plaintiff States deadline to respond to Government Defendants'[2] Motion to Dismiss, or in the Alternative, Motion for Summary Judgment [Doc. No. 65] is **STAYED** pending resolution of Plaintiff States motion to complete the Administrative Record [Doc. No. 68].

MONROE, LOUISIANA, this 20th day of April 2022.

_____
Terry A. Doughty
United States District Judge

---

[1] Plaintiff States are the States of Louisiana, Alabama, Alaska, Arizona, Arkansas, Florida, Georgia, Indiana, Iowa, Kansas, Kentucky, Mississippi, Missouri, Montana, Nebraska, North Dakota, Ohio, Oklahoma, South Carolina, South Dakota, Tennessee, Utah, West Virginia, and Wyoming.

[2] The Government Defendants consist of Xavier Becerra, in his official capacity as Secretary of Health and Human Services, The U.S. Department of Health and Human Services, Administration for Children and Families, Jooyeun Chang, Principal Deputy Assistant for Children and Families, and Bernadine Futrell, Director of the Office of Head Start.