# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **SANDY BRICK, ET AL** | **NO. 2:21-CV-04386** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOSEPH R. BIDEN, ET AL** | **MAG. JUDGE KATHLEEN KAY** |

## MEMORANDUM ORDER

A Complaint for Declaratory and Injunctive Relief [Doc. No. 1] was filed by Plaintiffs Sandy Brick ("Brick"), a resident of Louisiana, and Jessica Trenn ("Trenn"), a resident of Ohio on December 22, 2021. An unopposed Motion to Consolidate [Doc. No. 12] is pending. Per the Notice Regarding Administrative Record [Doc. No. 21], the Government Defendants do not oppose the pending Motion to Consolidate.

Because the pending Motion to Consolidate [Doc. No. 12] is unopposed, and because it appears to this Court that both cases involve common questions of law and fact in accordance with Federal Rule of Civil Procedure 42(a),

**IT IS ORDERED** that the cases of *State of Louisiana, et al v. Xavier Becerra, et al,* Case No. 3:21-cv-04370 and *Sandy Brick, et al v. Joseph R. Biden, et al,* Case No. 2:21-cv-04386 are ordered **CONSOLIDATED** in accordance with Federal Rule of Civil Procedure 42(a). Case No. 3:21-cv-4370 shall be the lead case.

**IT IS FURTHER ORDERED** that the pending Motion for Discovery of the Complete Administrative Record [Doc. No. 29] is **DENIED** as moot as a similar motion has previously been ruled on by the Court in the lead case.

**IT IS FURTHER ORDERED** that in accordance with the Memorandum Order [Doc. No. 76] filed on May 16, 2022, in Case No. 3:21-cv-04370, after Government Defendants file the

completed Administrative Record, Brick and Trenn shall have twenty-one (21) days to respond to Government Defendants' two pending motions: (1) Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment [Doc. No. 24]; and (2) Defendants' Motion for Dismiss, or in the Alternative, Motion for Summary Judgment [Doc. No. 35], both filed in Case No. 2:21-cv-04386.

**IT IS FURTHER ORDERED** that Government Defendants shall have fourteen (14) days after Brick and Trenn's response to file a reply.

**MONROE, LOUISIANA** this 23rd day of May 2022.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**