# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO. 3:21-CV-04370 LEAD** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **XAVIER BECERRA ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

Considering the foregoing Motion to Extend Record Completion Deadline [Doc. No. 86] filed by Government Defendants[1],

**IT IS ORDERED** that the Motion is **GRANTED**. Government Defendants shall complete the administrative record, along with any privilege log, on or before July 15, 2022.

**IT IS FURTHER ORDERED** that after Government Defendants file the completed Administrative Record, Plaintiff States[2] shall have twenty-one (21) days to respond to Government Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment [Doc. No. 65], and then Government Defendants shall have fourteen (14) days to reply after filing of Plaintiff States' response.

MONROE, LOUISIANA, this 6th day of June 2022.

Terry A. Doughty
United States District Judge

---

[1] Government Defendants consist of Xavier Becerra, in his official capacity as Secretary of Health and Human Services, The U.S. Department of Health and Human Services, Administration for Children and Families, Jooyeun Chang, Principal Deputy Assistant for Children and Families, and Bernadine Futrell, Director of the Office of Head Start.

[2] Plaintiff States are the States of Louisiana, Alabama, Alaska, Arizona, Arkansas, Florida, Georgia, Indiana, Iowa, Kansas, Kentucky, Mississippi, Missouri, Montana, Nebraska, North Dakota, Ohio, Oklahoma, South Carolina, South Dakota, Tennessee, Utah, West Virginia, and Wyoming.