IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

_____
)
STATE OF LOUISIANA, *et al.*, )
)
Plaintiffs, )
)
v. ) No. 3:21-CV-04370-TAD-KDM (LEAD)
)
XAVIER BECERRA, in his official capacity ) JUDGE TERRY A. DOUGHTY
as Secretary of the United States Department )
of Health and Human Services, *et al.*, ) MAGISTRATE JUDGE KAYLA D.
) MCCLUSKY
Defendants. )
_____)

**NOTICE OF FILING EIGHT ADDITIONAL ADMINISTRATIVE RECORD DOCUMENTS AND PRIVILEGE LOG**

Pursuant to this Court's May 16, 2022, Memorandum Order, Defendants conducted new searches within HHS for "evidence of meetings, phone calls, communications, correspondence, documents, input, approvals, or any other involvement of the White House" in the Interim Final Rule. ECF No. 76 at 10. Defendants reviewed those searches for responsiveness and privilege. Based on that review, Defendants hereby submit eight additional documents to add to the administrative record, as well as a privilege log reflecting other responsive documents.

Dated: July 15, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director
Federal Programs Branch

*/s/ Madeline M. McMahon*
MICHAEL P. CLENDENEN (DC Bar No. 1660091)
MADELINE M. MCMAHON (DC Bar No. 1720813)

1

CHRISTOPHER EDELMAN (DC Bar No. 1033486)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, DC 20005
(202) 451-7722
madelne.m.mcmahon@usdoj.gov

*Attorneys for Defendant*

2