# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, JEFF LANDRY; ET AL, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; et al., <br><br> Defendants. | Civil Action No. 3:21-CV-04370-TAD-KDM |

## PLAINTIFF STATES' CROSS-MOTION FOR SUMMARY JUDGMENT

Plaintiff States hereby move for summary judgment on all counts. For the reasons set forth in their memorandum, Plaintiff States' motion should be granted and summary judgment should be entered for Plaintiff States. As explained in the attached Memorandum supporting this motion, Defendants have acted without statutory authority and contrary to law, violated the Administrative Procedure Act, violated the Congressional Review Act, violated the Treasury and General Government Appropriations Act of 1999, and violated the Constitution by promulgating and implementing *Vaccine and Mask Requirements to Mitigate the Spread of COVID–19 in Head Start Programs*, 86 Fed. Reg. 68052 (Nov. 30, 2021).

This Motion is made on the grounds specified in this Motion, the Complaint, the accompanying Memorandum of Law, all matters of which this Court may take judicial notice, and on such other and further oral or documentary evidence as may be presented to the Court at or before the hearing on this Motion.

1

Dated: August 5, 2022

By:/s/ *Elizabeth B. Murrill*

JEFF LANDRY
  Attorney General
ELIZABETH B. MURRILL (La #20685)
  Solicitor General
J. SCOTT ST. JOHN (La #36682)
  Deputy Solicitor General
MORGAN BRUNGARD*
  Assistant Solicitor General
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, Louisiana 70804
Tel: (225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov
brungardm@ag.louisiana.gov

*Counsel for the State of Louisiana*

STEVE MARSHALL
Alabama Attorney General
/s/ *Edmund G. LaCour Jr.*
Edmund G. LaCour Jr.*
  *Solicitor General*
Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov

*Counsel for the State of Alabama*

TREG R. TAYLOR
Attorney General of Alaska
/s/ *Charles E. Brasington*
Charles E. Brasington*
  *Assistant Attorney General*
State of Alaska
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-6612
charles.brasington@alaska.gov
*Counsel for the State of Alaska*

AUSTIN KNUDSEN
Montana Attorney General
/s/ *Kristin Hansen*
Kristin Hansen*
  *Lieutenant General*
David M.S. Dewhirst*
  *Solicitor General*
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Phone: 406-444-2026
Fax: 406-444-3549
david.dewhirst@mt.gov

*Counsel for the State of Montana*

DOUGLAS J. PETERSON
Nebraska Attorney General
/s/ *James A. Campbell*
James A. Campbell*
  *Solicitor General*
2115 State Capitol
Lincoln, NE 68509
Tel: (402) 471-2682
jim.campbell@nebraska.gov
*Counsel for the State of Nebraska*

MARK BRNOVICH
Arizona Attorney General
*/s/ Robert J. Makar*
Robert J. Makar*
  *Assistant Attorney General*
2005 N. Central Ave.
Phoenix, AZ 85004
Tel: (602) 542-4389
Robert.Makar@azag.gov
ACL@azag.gov

*Counsel for the State of Arizona*

LESLIE RUTLEDGE
Arkansas Attorney General
*/s/ Dylan L. Jacobs*
Dylan L. Jacobs*
  *Assistant Solicitor General*
Office of the Arkansas Attorney General
323 Center St., Suite 200
Little Rock, AR 72201
(501) 682-2007
Dylan.Jacobs@arkansasag.gov

*Counsel for the State of Arkansas*

ASHLEY MOODY
Florida Attorney General
*/s/ Natalie P. Christmas*
Natalie P. Christmas*
  *Assistant Attorney General of Legal Policy*
James H. Percival
  *Deputy Attorney General of Legal Policy*
Henry Whitaker
  *Solicitor General*
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
natalie.christmas@myfloridalegal.com
james.percival@myfloridalegal.com
henry.whitaker@myfloridalegal.com

*Counsel for the State of Florida*

DREW H. WRIGLEY
North Dakota Attorney General
*/s/ Matthew Sagsveen*
Matthew Sagsveen*
  *Solicitor General*
Director of Civil Litigation, Natural Resources, and Indian Affairs Division
North Dakota Office of Attorney General
500 N. 9th Street
Bismarck, ND 58501-4509
masagsve@nd.gov

*Counsel for the State of North Dakota*

DAVE YOST
Ohio Attorney General
*/s/ Benjamin M. Flowers*
Benjamin M. Flowers*
  *Solicitor General*
30 E. Broad St., 17th Floor
Columbus, OH 43215
bflowers@ohioAGO.gov

*Counsel for the State of Ohio*

JOHN M. O'CONNOR
Oklahoma Attorney General
*/s/ Bryan Cleveland*
Bryan Cleveland*
  *Deputy Solicitor General*
Oklahoma Office of the Attorney General
313 NE 21st Street
Oklahoma City, OK 73105
Tel: (405) 522-4392
Bryan.Cleveland@oag.ok.gov

*Counsel for the State of Oklahoma*

CHRISTOPHER M. CARR
Georgia Attorney General
/s/ Stephen J. Petrany
Stephen Petrany*
   *Solicitor General*
Ross W. Bergethon
   *Deputy Solicitor General*
Office of the Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334

*Counsel for the State of Georgia*

THEODORE E. ROKITA
Indiana Attorney General
/s/Thomas M. Fisher
Thomas M. Fisher*
   *Solicitor General*
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204
Tom.fisher@atg.in.gov

*Counsel for the State of Indiana*

JEFFREY S. THOMPSON
Iowa Solicitor General
/s/ Samuel P. Langholz
Samuel P. Langholz*
   *Assistant Solicitor General*
Office of the Attorney General
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 281-5164
jeffrey.thompson@ag.iowa.gov
sam.langholz@ag.iowa.gov

*Counsel for the State of Iowa*

ALAN WILSON
South Carolina Attorney General
/s/ Thomas T. Hydrick
Thomas T. Hydrick*
   *Assistant Deputy Solicitor General*
Office of the Attorney General
Post Office Box 11549
Columbia, SC 29211
(803) 734-4127
thomashydrick@scag.gov

*Counsel for the State of South Carolina*

MARK VARGO
South Dakota Attorney General
/s/David M. McVey
David M. McVey*
   *Assistant Attorney General*
1302 E. Highway 14, Suite 1
Pierre, SD 57501-8501
Phone: (605) 773-3215
david.mcvey@state.sd.us

*Counsel for the State of South Dakota*

HERBERT H. SLATERY III
Attorney General and Reporter of Tennessee
/s/Andree S. Blumstein
Andree S. Blumstein*
   *Solicitor General*
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-3492
Andree.Blumstein@ag.tn.gov

*Counsel for the State of Tennessee*

DEREK SCHMIDT
Kansas Attorney General
*/s/ Shannon Grammel*
Shannon Grammel*
   *Deputy Solicitor General*
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
Phone: (785) 296-2215
Email: shannon.grammel@ag.ks.gov

*Counsel for the State of Kansas*

DANIEL CAMERON
Attorney General
*/s/ Jeremy J. Sylvester*
Jeremy J. Sylvester*
   *Assistant Attorney General*
Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
Phone: (502) 696-5300
Jeremy.Sylvester@ky.gv

*Counsel for the Commonwealth of Kentucky*

LYNN FITCH
Attorney General of Mississippi
*/s/Whitney H. Lipscomb*
Whitney H. Lipscomb*
  *Deputy Attorney General*
John V. Coghlan*
  *Deputy Solicitor General*
State of Mississippi
Office of the Attorney General
550 High Street
Jackson, MS 39201
Tel: (601) 359-3680

*Counsel for the State of Mississippi*

SEAN D. REYES
Utah Attorney General
*/s/ Melissa A. Holyoak*
Melissa A. Holyoak*
   *Solicitor General*
Utah Attorney General's Office
350 N. State Street, Suite 230
P.O. Box 142320
Salt Lake City, UT 84114-2320
385.271.2484
melissaholyoak@agutah.gov

*Counsel for the State of Utah*

BRIDGET HILL
Wyoming Attorney General
*/s/ Ryan Schelhaas*
Ryan Schelhaas*
   *Chief Deputy Attorney General*
Wyoming Attorney General's Office
Attorneys for the State of Wyoming
109 State Capitol
Cheyenne, WY 82002
Telephone: (307) 777-5786
ryan.schelhaas@wyo.gov

*Counsel for the State of Wyoming*

PATRICK MORRISEY
West Virginia Attorney General
*/s/ Lindsay S. See*
Lindsay S. See*
   *Solicitor General*
State Capitol, Bldg 1, Room E-26
Charleston, WV 25305
Lindsay.s.see@wvago.gov

*Counsel for the State of West Virginia*

ERIC S. SCHMITT
Attorney General of Missouri
*/s/ D. John Sauer*
D. John Sauer*
  *Solicitor General*
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel: (573) 751-8870
Fax: (573) 751-0774
John.Sauer@ago.mo.gov

*Counsel for the State of Missouri*