IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, JEFF LANDRY; ET AL, <br><br> PLAINTIFFS, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; et al., <br><br> DEFENDANTS. | CIVIL ACTION NO. 3:21-CV-04370-TAD-KDM |

**PLAINTIFF STATES' RESPONSE TO DEFENDANTS' STATEMENT OF MATERIAL FACTS AND STATEMENT OF MATERIAL FACTS IN SUPPORT OF THEIR CROSS-MOTION FOR SUMMARY JUDGMENT**

Under Local Rule 56.1, Plaintiff States submit this response to Defendants' Statement of Material Facts (Doc. 63), followed by Plaintiff States' Statement of Material Facts in support of their cross-motion for summary judgment.

1. Head Start is a federal discretionary grant program that promotes school readiness in low-income children up to age five. 42 U.S.C. §9831.

    **Response**: Statement not disputed.

2. Children under age three are eligible for the related Early Head Start program. *Id.* §9840a.

    **Response**: Statement not disputed.

3. The Head Start program began as a summer program and demonstration grant in 1964, and in 1974 the Headstart–Follow Through Act made it a permanent program. Headstart, Economic Opportunity, & Community Partnership Act of 1974, Pub. L. No. 93-644, 88 Stat. 2291.

    **Response**: Statement not disputed.

4. Head Start is a direct federal-to-local grant that does not pass through the state. 42 U.S.C. §§ 9833, 9835.

    **Response**: Statement disputed. Some Head Start funds go to state agencies.

5. On November 30, 2021, the Department of Health and Human Services (HHS) published the Interim Final Rule at issue here. 86 Fed. Reg. 68,052.

    **Response**: Statement not disputed.

6. Plaintiffs are twenty-four states. Compl. ¶¶ 3–26.

    **Response**: Statement not disputed.

7. Southern Utah University, but not the State of Utah, is a Head Start grantee. See Decl. of Stephen Lisonbee ¶¶ 4, 9, Pls.' Ex. O, ECF No. 2-16.

**Response**: Statement disputed. Southern Utah University is a Head Start grantee and is also a state entity. *See* Utah Code Ann. §53B-1-402.

8. The Georgia Department of Early Care and Learning ("DECAL") has received a Early Head Start–Childcare Partnership grant. See Decl. of Commissioner Amy Jacobs, Pls.' Ex. B, ECF No. 2-3.

**Response**: Statement not disputed.

9. The grant that DECAL received was made under the authority of multiple appropriations acts, not the Head Start Act. See, e.g., Consolidated Appropriations Act, Pub. L. No. 116-260, 134 Stat. 1182, 1583 (2020).

**Response**: Statement disputed as to relevancy. Given the Mandate's breadth—it applies to "All staff, and those contractors whose activities involve contact with or providing direct services to children and families," 45 C.F.R. §1302.93(a)(1)—DECAL's staff and personnel are subject to the Mandate irrespective of the sources of its grant funds.

10. Unlike the grants provided to local entities to operate Head Start Programs under 42 U.S.C. § 9833, the grant received by DECAL is more administrative in nature. See Office of Head Start, Early Head Start Child Care Partnership State Grantee Profile, Georgia (Aug. 2016), https://www.acf.hhs.gov/sites/default/files/documents/ecd/ ga_ehsccp_grantee_profile_final.pdf; HHS, Policy and Program Guidance for the Early Head Start– Partnerships (EHS–CCP) ACF-IM-HS-15-03, https://eclkc.ohs.acf.hhs.gov/policy/im/acf-imhs-15-03-attachment.

**Response**: Statement disputed to the extent that it implies that the "administrative" "nature" of a grant is a coherent and understood concept or relevant to this case. Also disputed because DECAL's staff and personnel are subject to the Mandate for reasons discussed in response to Statement 9 above.

11. Some DECAL staff may on occasion visit a partnership classroom, but it is not part of their day-to-day duties, and they do not provide direct Head Start services. See Decl. of Amy Jacobs ¶¶ 5, 11, Pls.' Ex. C, ECF No. 2-3.

**Response**: Statement disputed. Defendants' cited source states that "DECAL staff frequently visit Head Start programs or meets with Head Start Families, and are thus required to be vaccinated and masked under the mandate." Doc. 2-3 ¶11. DECAL also would monitor and enforce the Mandate and be required by the Mandate to collect individual health information on staff that are funded through Head Start. *Id.* ¶10.

12. The remaining twenty-two Plaintiffs are also not Head Start grantees. Compl. ¶ 42.

**Response**: Statement not disputed except insofar as it implies that Plaintiff States are not deeply involved with, directly affected by, and dependent on Head Start Programs. *See* Doc. 1 ¶¶42-56.

13. Plaintiffs filed a lawsuit under the APA challenging the Rule on December 21, 2021. ECF No. 1.

**Response**: Statement not disputed.

14. The basis for the Rule is set forth in the preamble to the Rule, located in the Federal Register at 86 Fed. Reg. 68,052 and in the administrative record.

**Response**: Statement not disputed.

### PLAINTIFF STATES' STATEMENT OF MATERIAL FACTS IN SUPPORT OF THEIR CROSS-MOTION FOR SUMMARY JUDGMENT

15. The Georgia Department of Early Care and Learning is a State entity.

16. Southern Utah University is a State entity.

17. State entities are subject to the Mandate.

18. If the Head Start Mandate took effect, State entities would incur costs enforcing and complying with it.

19. Plaintiff States were unable to provide public comment on the Mandate through the APA's notice-and-comment procedures before it went into effect.

20. As a result of the Head Start Mandate, staff and volunteers will likely leave the Head Start program, certain providers will close, and low-income children in affected areas will be denied access to the preschool education that Congress guaranteed them. *See* Docs. 2-2 to 2-15, 2-16 to 2-19.

21. As a result of the Head Start Mandate, some parents would remove their children from Head Start programs. *See* Docs. 2-8, 2-10, 2-16.

22. Widespread closure of Head Start programs would harm the health and well-being of each State's residents. Docs. 2-7, 2-11, 2-12, 2-17.

23. The Mandate may cause Plaintiff States to lose direct federal funding or cause public schools to lose federal funding. *See* Docs. 2-2 to 2-16; *see also* Doc. 2-17 at 2-3.

24. Plaintiff States would have to change their own laws and policies to comply with the Mandate. *See, e.g.*, Doc. 2-1 at 24.

25. The Mandate would force preschool staff to decide to either submit to vaccination or lose their jobs. Docs. 2-13 to 2-16, 2-18.

27. The Mandate will force 29,953 staff to submit to the vaccine and 11,519 staff to lose their jobs. 86 Fed. Reg. at 68077-78.

28. The National Head Start Association surveyed Head Start programs and found that over one-fourth of Head Start programs anticipate losing more than 30% of their staff as a result of the Mandate. Doc. 2-2 at 3.

Dated: August 5, 2022

By:*/s/ Elizabeth B. Murrill*
   JEFF LANDRY
     Attorney General
   ELIZABETH B. MURRILL (La #20685)
     Solicitor General
   J. SCOTT ST. JOHN (La #36682)
     Deputy Solicitor General
   MORGAN BRUNGARD*
     Assistant Solicitor General
   LOUISIANA DEPARTMENT OF JUSTICE
   1885 N. Third Street
   Baton Rouge, Louisiana 70804
   Tel: (225) 326-6766
   murrille@ag.louisiana.gov
   stjohnj@ag.louisiana.gov
   brungardm@ag.louisiana.gov

*Counsel for the State of Louisiana*

STEVE MARSHALL
Alabama Attorney General
*/s/ Edmund G. LaCour Jr.*
Edmund G. LaCour Jr.*
  *Solicitor General*
Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov

*Counsel for the State of Alabama*

TREG R. TAYLOR
Attorney General of Alaska
*/s/ Charles E. Brasington*
Charles E. Brasington*
  *Assistant Attorney General*
State of Alaska
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-6612
charles.brasington@alaska.gov

*Counsel for the State of Alaska*

AUSTIN KNUDSEN
Montana Attorney General
*/s/Kristin Hansen*
Kristin Hansen*
  *Lieutenant General*
David M.S. Dewhirst*
  *Solicitor General*
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Phone: 406-444-2026
Fax: 406-444-3549
david.dewhirst@mt.gov

*Counsel for the State of Montana*

DOUGLAS J. PETERSON
Nebraska Attorney General
*/s/ James A. Campbell*
James A. Campbell*
  *Solicitor General*
2115 State Capitol
Lincoln, NE 68509
Tel: (402) 471-2682
jim.campbell@nebraska.gov

*Counsel for the State of Nebraska*

5

MARK BRNOVICH
Arizona Attorney General
*/s/ Robert J. Makar*
Robert J. Makar*
  *Assistant Attorney General*
2005 N. Central Ave.
Phoenix, AZ 85004
Tel: (602) 542-4389
Robert.Makar@azag.gov
ACL@azag.gov

*Counsel for the State of Arizona*

LESLIE RUTLEDGE
Arkansas Attorney General
*/s/ Dylan L. Jacobs*
Dylan L. Jacobs*
  *Assistant Solicitor General*
Office of the Arkansas Attorney General
323 Center St., Suite 200
Little Rock, AR 72201
(501) 682-2007
Dylan.Jacobs@arkansasag.gov

*Counsel for the State of Arkansas*

ASHLEY MOODY
Florida Attorney General
*/s/ Natalie P. Christmas*
Natalie P. Christmas*
  *Assistant Attorney General of Legal Policy*
James H. Percival
  *Deputy Attorney General of Legal Policy*
Henry Whitaker
  *Solicitor General*
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
natalie.christmas@myfloridalegal.com
james.percival@myfloridalegal.com
henry.whitaker@myfloridalegal.com

*Counsel for the State of Florida*

DREW H. WRIGLEY
North Dakota Attorney General
*/s/ Matthew Sagsveen*
Matthew Sagsveen*
  *Solicitor General*
Director of Civil Litigation, Natural Resources, and Indian Affairs Division
North Dakota Office of Attorney General
500 N. 9th Street
Bismarck, ND 58501-4509
masagsve@nd.gov

*Counsel for the State of North Dakota*

DAVE YOST
Ohio Attorney General
*/s/ Benjamin M. Flowers*
Benjamin M. Flowers*
  *Solicitor General*
30 E. Broad St., 17th Floor
Columbus, OH 43215
bflowers@ohioAGO.gov

*Counsel for the State of Ohio*

JOHN M. O'CONNOR
Oklahoma Attorney General
*/s/ Bryan Cleveland*
Bryan Cleveland*
  *Deputy Solicitor General*
Oklahoma Office of the Attorney General
313 NE 21st Street
Oklahoma City, OK 73105
Tel: (405) 522-4392
Bryan.Cleveland@oag.ok.gov

*Counsel for the State of Oklahoma*

| | |
|---|---|
| CHRISTOPHER M. CARR<br>Georgia Attorney General<br>*/s/ Stephen J. Petrany*<br>Stephen Petrany*<br>    *Solicitor General*<br>Ross W. Bergethon<br>    *Deputy Solicitor General*<br>Office of the Attorney General<br>40 Capitol Square, S.W.<br>Atlanta, Georgia 30334<br><br>*Counsel for the State of Georgia* | ALAN WILSON<br>South Carolina Attorney General<br>*/s/ Thomas T. Hydrick*<br>Thomas T. Hydrick*<br>    *Assistant Deputy Solicitor General*<br>Office of the Attorney General<br>Post Office Box 11549<br>Columbia, SC 29211<br>(803) 734-4127<br>thomashydrick@scag.gov<br><br>*Counsel for the State of South Carolina* |
| THEODORE E. ROKITA<br>Indiana Attorney General<br>*/s/Thomas M. Fisher*<br>Thomas M. Fisher*<br>    *Solicitor General*<br>Indiana Government Center South<br>302 W. Washington St., 5th Floor<br>Indianapolis, IN 46204<br>Tom.fisher@atg.in.gov<br><br>*Counsel for the State of Indiana* | MARK VARGO<br>South Dakota Attorney General<br> */s/David M. McVey*<br>David M. McVey*<br>    *Assistant Attorney General*<br>1302 E. Highway 14, Suite 1<br>Pierre, SD 57501-8501<br>Phone: (605) 773-3215<br>david.mcvey@state.sd.us<br><br>*Counsel for the State of South Dakota* |
| JEFFREY S. THOMPSON<br>Iowa Solicitor General<br>*/s/ Samuel P. Langholz*<br>Samuel P. Langholz*<br>    *Assistant Solicitor General*<br>Office of the Attorney General<br>1305 E. Walnut Street<br>Des Moines, Iowa 50319<br>(515) 281-5164<br>jeffrey.thompson@ag.iowa.gov<br>sam.langholz@ag.iowa.gov<br><br>*Counsel for the State of Iowa* | HERBERT H. SLATERY III<br>Attorney General and Reporter of Tennessee<br>*/s/Andree S. Blumstein*<br>Andree S. Blumstein*<br>    *Solicitor General*<br>P.O. Box 20207<br>Nashville, Tennessee 37202<br>(615) 741-3492<br>Andree.Blumstein@ag.tn.gov<br><br>*Counsel for the State of Tennessee* |

DEREK SCHMIDT
Kansas Attorney General
*/s/ Shannon Grammel*
Shannon Grammel\*
   *Deputy Solicitor General*
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
Phone: (785) 296-2215
Email: shannon.grammel@ag.ks.gov

*Counsel for the State of Kansas*

DANIEL CAMERON
Attorney General
*/s/ Jeremy J. Sylvester*
Jeremy J. Sylvester\*
   *Assistant Attorney General*
Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
Phone: (502) 696-5300
Jeremy.Sylvester@ky.gv

*Counsel for the Commonwealth of Kentucky*

LYNN FITCH
Attorney General of Mississippi
*/s/Whitney H. Lipscomb*
Whitney H. Lipscomb\*
   *Deputy Attorney General*
John V. Coghlan\*
   *Deputy Solicitor General*
State of Mississippi
Office of the Attorney General
550 High Street
Jackson, MS 39201
Tel: (601) 359-3680

*Counsel for the State of Mississippi*

SEAN D. REYES
Utah Attorney General
*/s/ Melissa A. Holyoak*
Melissa A. Holyoak\*
   *Solicitor General*
Utah Attorney General's Office
350 N. State Street, Suite 230
P.O. Box 142320
Salt Lake City, UT 84114-2320
385.271.2484
melissaholyoak@agutah.gov

*Counsel for the State of Utah*

BRIDGET HILL
Wyoming Attorney General
*/s/ Ryan Schelhaas*
Ryan Schelhaas\*
   *Chief Deputy Attorney General*
Wyoming Attorney General's Office
Attorneys for the State of Wyoming
109 State Capitol
Cheyenne, WY 82002
Telephone: (307) 777-5786
ryan.schelhaas@wyo.gov

*Counsel for the State of Wyoming*

PATRICK MORRISEY
West Virginia Attorney General
*/s/ Lindsay S. See*
Lindsay S. See\*
   *Solicitor General*
State Capitol, Bldg 1, Room E-26
Charleston, WV 25305
Lindsay.s.see@wvago.gov

*Counsel for the State of West Virginia*

8

ERIC S. SCHMITT
Attorney General of Missouri
*/s/ D. John Sauer*
D. John Sauer*
  *Solicitor General*
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel: (573) 751-8870
Fax: (573) 751-0774
John.Sauer@ago.mo.gov

*Counsel for the State of Missouri*

9