# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, JEFF LANDRY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; et al., <br><br> Defendants. | Civil Action No. 3:21-CV-04370-TAD-KDM |

## [PROPOSED] ORDER

**IT IS ORDERED** that Plaintiff States' Cross-Motion for Summary Judgment is **GRANTED** and that Defendants' Motion to Dismiss or Motion for Summary Judgment is **DENIED**.

**IT IS ORDERED** that *Vaccine and Mask Requirements to Mitigate the Spread of COVID–19 in Head Start Programs*, 86 Fed. Reg. 68052 is **DECLARED UNLAWFUL**.

**IT IS ORDERED** that *Vaccine and Mask Requirements to Mitigate the Spread of COVID–19 in Head Start Programs*, 86 Fed. Reg. 68052 is **VACATED**.

**IT IS ORDERED** that Defendants are **PERMANENTLY ENJOINED** and **RESTRAINED** from implementing or treating as binding *Vaccine and Mask Requirements to Mitigate the Spread of COVID–19 in Head Start Programs*, 86 Fed. Reg. 68052 (Nov. 30, 2021), and the regulations promulgated thereunder.

Signed this ___ day of _____, 202__.

_____
THE HONORABLE TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE