UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF LOUISIANA ET AL | CASE NO. 3:21-CV-04370 LEAD |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| XAVIER BECERRA ET AL | MAG. JUDGE KAYLA D. MCCLUSKY |

## NOTICE OF MOTION SETTING

Please take notice that the Cross Motion for Summary Judgment (Document No. 100) filed by State of Alabama, State of Alaska, State of Arizona, State of Arkansas, State of Florida, State of Georgia, State of Indiana, State of Iowa, State of Kansas, Commonwealth of Kentucky, State of Louisiana, State of Mississippi, State of Missouri, State of Montana, State of Nebraska, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, Sate of Tennessee, State of Utah, State of West Virginia, State of Wyoming on August 5, 2022 has been set before the Honorable Terry A. Doughty.

### Deadlines

Any party may file a memorandum in opposition to the motion by August 29, 2022. The movant may **file a reply  memorandum** within **(seven (7) days** after the opposition to the motion is filed. OPPOSITION TO THE MOTION MUST BE FILED TIMELY OR THE MOTION WILL BE CONSIDERED UNOPPOSED.

### No Oral Argument

It is the policy of the Court to decide motions on the basis of the record without oral argument. Briefs should fully address all pertinent issues. All parties will be notified if the Court finds oral argument is necessary. A written ruling will be issued in due course.

### Courtesy Copies Required

An electronic copy of the motion and memoranda only shall be e-mailed in Word Format to: Doughty_motions@lawd.uscourts.gov. If attachments are 15 pages or less, they may also be e-mailed. If attachments exceed 15 pages, paper copies shall be provided to chambers:

Hon. Terry A. Doughty
United States District Judge
201 Jackson Street, Suite 215
Monroe, Louisiana 71201

**DATE OF NOTICE: August 8, 2022**

TONY R. MOORE
CLERK OF COURT