IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, JEFF LANDRY, et al., PLAINTIFFS,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; et al., DEFENDANTS. | No. 3:21-cv-04370-TAD-KDM<br><br>**Plaintiff Sandy Brick's Cross-Motion for Summary Judgment and Opposition to Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment.** |

Plaintiff asks that this Court grant her summary judgment on all counts pursuant to Federal Rule of Civil Procedure 56. For the reasons stated in her brief, her cross-motion for summary judgment should be granted on all counts and the Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment (Dkt. Nos. 24, 35) should be denied.

Dated: August 5, 2022

/s/ Sarah Harbison
Sarah Harbison
Pelican Institute for Public Policy
400 Poydras St., Suite 900
New Orleans, LA 70130
Telephone: 504-952-8016
sarah@pelicaninstitute.org

Daniel R. Suhr*
Liberty Justice Center
440 N. Wells St. Suite 200
Chicago, Illinois 60654
Telephone: 312-637-2280
dsuhr@libertyjusticecenter.org
*Pro Hac Vice