# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, By and through its Attorney General, JEFF LANDRY, et al., PLAINTIFFS, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; et al., DEFENDANTS. | No. 3:21-cv-04370-TAD-KDM <br><br> **Plaintiff Sandy Brick's Motion for Judicial Notice of Certain Facts in Support of Her Cross-Motion for Summary Judgment and in Opposition to Defendants' Motion to Dismiss, or in the alternative, Motion Summary Judgment.** |

Pursuant to Federal Rule of Evidence 201, Plaintiff Sandy Brick asks that the Court take judicial notice of the materials at the government websites listed below in support of her Cross-Motion for Summary Judgment and in Opposition to Defendants' Motion to Dismiss, or in the Alternative, for Motion for Summary Judgment (Dkt. No. 105) for the reasons stated in her supporting memorandum. The Defendants oppose this Motion, but the other Plaintiffs in this case consent.

1. A transcript of a briefing by the White House Press Secretary on July 23, 2021, available at https://www.whitehouse.gov/briefing-room/press-briefings/2021/07/23/press-briefing-by-press-secretary-jen-psaki-july-23-2021/.

2. A transcript of the President's remarks on September 9, 2021, available at https://www.whitehouse.gov/briefing-room/speeches-remarks/2021/09/09/remarks-by-president-biden-on-fighting-the-covid-19-pandemic-3/.

3. A letter from the director of HHS's Office of Head Start on September 9, 2021, available at eclkc.ohs.acf.hhs.gov/blog/vaccinating-head-start-staff-letter-director.

4. A webinar from the Office of Head Start, *Mental Health and Staff Wellness: Emotionally Strong Together*, July 14, 2022, available at eclkc.ohs.acf.hhs.gov/video/mental-health-staff-wellness-emotionally-strong-together.

Dated: August 10, 2022  /s/ Sarah Harbison
Sarah Harbison
Pelican Institute for Public Policy
400 Poydras St., Suite 900
New Orleans, LA 70130
Telephone: 504-952-8016
sarah@pelicaninstitute.org

Daniel R. Suhr
Liberty Justice Center
440 N. Wells St., Suite 200
Chicago, Illinois 60654
Telephone: 312-637-2280
dsuhr@libertyjusticecenter.org