**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO. 3:21-CV-04370 LEAD** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **XAVIER BECERRA ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**JUDGMENT**

For the reasons set forth in the Memorandum Ruling,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff States' Cross Motion for Summary Judgment [Doc. No. 100] is **GRANTED**. Additionally, Brick's Motion for Summary Judgment [Doc. No. 105] is **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss, or in the Alternative, Motions for Summary Judgment [Doc. No. 65 and Doc. No. 35 in Member case No. 2:21-cv-4396] filed by Agency Defendants are **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the United States Department of Health and Human Resources, the Administration for Children and Families, and the Office of Head Start, along with their Secretary, directors, administrators, and employees are hereby **ENJOINED** and **RESTRAINED** from implementing the Head Start Mandate as set forth in 86 Fed. Reg. 68052 (November 30, 2021), as to all Head Start staff, volunteers, contractors, students, and all others covered by said Head Start Mandate.

**IT IS FURTHER ORDERED** that the geographic scope of the Permanent Injunction will be limited to the twenty-four Plaintiff States, Louisiana, Alabama, Alaska, Arizona, Arkansas, Florida, Georgia, Indiana, Iowa, Kansas, Kentucky, Mississippi, Missouri, Montana,

Nebraska, North Dakota, Ohio, Oklahoma, South Carolina, South Dakota, Tennessee, Utah, West Virginia, and Wyoming.

**IT IS FURTHER ORDERED** that this Permanent Injunction order shall remain in effect pending the final resolution of this case, or until further orders from this Court, the United States Court of Appeals for the Fifth Circuit, or the Supreme Court of the United States.

**IT IS FURTHER ORDERED** that there is an absence of any issue of disputed fact as to the issues addressed. Therefore, no hearing is required. *Kaepa, Inc.*, 76 F.3d at 628.

**IT IS FURTHER ORDERED** that no security bond shall be required under Federal Rule of Civil Procedure 65.

MONROE, LOUISIANA, this 21st day of September 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE