UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STATE OF LOUISIANA ET AL | CASE NO. 3:21-CV-04370 LEAD |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| XAVIER BECERRA ET AL | MAG. JUDGE KAYLA D. MCCLUSKY |

ORDER

Considering the foregoing Unopposed Motion for an Extension of Time to File her Reply to the Defendants' Response in Opposition to her Cross-Motion for Summary Judgment and Defendants' Response to her Statement of Material Facts [Doc. No. 127] filed by Plaintiff Sandy Brick,

**IT IS ORDERED** that the Motion is **DENIED** as moot pursuant to this Court's Memorandum Ruling and Judgment [Doc. Nos. 128, 129] filed in the record on September 21, 2022.

MONROE, LOUISIANA, this 21st day of September 2022.

_____
Terry A. Doughty
United States District Judge