IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

_____

STATE OF LOUISIANA, *et al.*,

        Plaintiffs,

        v.

XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.*,

        Defendants.
_____

Civil Action No. 3:21-CV-04370-TAD-KDM (Lead)

JUDGE TERRY A. DOUGHTY

MAGISTRATE JUDGE KAYLA D. MCCLUSKY

_____

SANDY BRICK, *et al.*,

        Plaintiffs,

        v.

JOSEPH BIDEN, in his official capacity as President of the United States, *et al.*,

        Defendants.
_____

Civil Action No. 2:21-CV-04386-TAD-KK (Member)

**NOTICE OF APPEAL**

    Notice is hereby given that Defendants Xavier Becerra, in his official capacity as Secretary of Health and Human Services; the U.S. Department of Health and Human Services; Administration for Children and Families; Jooyeun Chang, in her official capacity as Principal Deputy Assistant for Children and Families; Bernadine Futrell, in her official-capacity as the director of the Office of Head Start; and Joseph R. Biden, in his official capacity as President of the United States, appeal to the U.S. Court of Appeals for the Fifth Circuit from this Court's Judgment (Docket No. 129, entered September 21, 2022) and all prior orders and opinions merged into the judgment, including but not limited to Docket No. 128 (entered September 21, 2022).

1

Dated: November 18, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director
Federal Programs Branch

*/s/ Christopher D. Edelman*
CHRISTOPHER D. EDELMAN (DC Bar No. 1033486)
MICHAEL P. CLENDENEN (DC Bar No. 1660091)
MADELINE M. MCMAHON (DC Bar No. 1720813)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, DC 20005
Phone: (202) 305-8659
christopher.edelman@usdoj.gov

*Attorneys for Defendants*