# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

August 29, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-30748   State of Louisiana v. Becerra
                  USDC No. 3:21-CV-4370
                  USDC No. 2:21-CV-4386

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Whitney M. Jett, Deputy Clerk
504-310-7772

Ms. Morgan Brungard
Ms. Sarah Jane Clark
Ms. Hayleigh S. Crawford
Mr. Christopher D. Edelman
Ms. Brianne Jenna Gorod
Ms. Sarah Harbison
Mr. Jacob H. Huebert
Ms. Alisa Beth Klein
Mr. Shae Gary McPhee Jr.
Mr. Tony R. Moore
Ms. Elizabeth Baker Murrill
Mr. Eric Harris Wessan

# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 29, 2023
Lyle W. Cayce
Clerk

_____

No. 22-30748

_____

STATE OF LOUISIANA; STATE OF ALABAMA; STATE OF ALASKA; STATE OF ARIZONA; STATE OF ARKANSAS; STATE OF FLORIDA; STATE OF GEORGIA; STATE OF INDIANA; STATE OF IOWA; STATE OF KANSAS; COMMONWEALTH OF KENTUCKY; STATE OF MISSISSIPPI; STATE OF MISSOURI; STATE OF MONTANA; STATE OF NEBRASKA; STATE OF NORTH DAKOTA; STATE OF OHIO; STATE OF OKLAHOMA; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF TENNESSEE; STATE OF UTAH; STATE OF WEST VIRGINIA; STATE OF WYOMING; SANDY BRICK,

*Plaintiffs—Appellees*,

*versus*

XAVIER BECERRA, *in his official capacity as Secretary of Health & Human Services*; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ADMINISTRATION FOR CHILDREN & FAMILIES; JOOYEUN CHANG, *in her official capacity as Principal Deputy Assistant for Children & Families*; BERNADINE FUTRELL, *in her official capacity as the director of the Office of Head Start*; JOSEPH R. BIDEN, JR.; OFFICE OF HEAD START,

*Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC Nos. 2:21-CV-4386, 3:21-CV-4370

_____

No. 22-30748

Before STEWART, CLEMENT, and ENGELHARDT, *Circuit Judges*.

PER CURIAM:[*]

    The district court permanently enjoined the U.S. Department of Health and Human Services, the Administration for Children and Families, and the Office of Head Start from implementing a rule requiring all staff at Head Start programs to be vaccinated against COVID-19. The government appealed. After briefing was complete, the government rescinded the challenged rule following the end of the COVID-19 public health emergency. The government now moves to (1) vacate the injunction and (2) remand to district court with instructions to dismiss the case as moot. Because the case is now moot, we VACATE the district court's permanent injunction but otherwise leave the district court's judgment and memorandum ruling in place. *See Freedom from Religion Found., Inc. v. Abbott*, 58 F.4th 824, 836–38 (5th Cir. 2023). This case is REMANDED to the district court for any other proceedings consistent with this opinion, to the extent necessary.

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.