UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO. 3:21-CV-04370 LEAD** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **XAVIER BECERRA ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**ORDER**

In light of the mandate of the Fifth Circuit (R. Doc. 154),

**IT IS HEREBY ORDERED** that the Clerk of Court administratively terminate this action in his records, without prejudice to the right of the parties to reopen the proceedings. All pending deadlines and motions are terminated, to be re-urged by counsel when the time is right. This Order shall not be considered a dismissal or disposition of this matter.

**IT IS FURTHER ORDERED** that if further proceedings in this Court are necessary or desirable, any party may initiate those proceedings in the same manner as if this Order had not been entered.

**MONROE, LOUISIANA**, this 4th day of February, 2025.

_____
Terry A. Doughty
United States District Judge